# EXHIBIT B

***Attention all current and former hourly customer service agents who worked for Activus Connect LLC at any time during the last three years***: You are eligible to join a pending collective action lawsuit against Activus Connect LLC ("Activus"). You may be eligible to receive unpaid overtime wages that are owed to you. You have been sent, via U.S. mail and email (to your latest address on file with Activus), a detailed NOTICE explaining your legal rights. It is highly recommended that you check your email and mailing address for this NOTICE and read it carefully so you can make an informed decision. If you need a copy sent to you, please contact the attorney appointed by the court to serve as counsel to the Plaintiffs' class:

Jason J. Thompson
Albert J. Asciutto
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
Email: jthompson@sommerspc.com
Email: aasciutto@sommerspc.com
