# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **SHANEEQUA CARRINGTON** and **KASCEY CASTILLO**, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>    v.<br><br>**ACTIVUS CONNECT LLC**,<br><br>               Defendant. | COLLECTIVE AND CLASS ACTION<br><br>Case No.: 6:23-cv-1708-WWB-EJK<br><br>J. Wendy W. Berger<br><br>M. J. Embry J. Kidd |

## **DECLARATION OF KASCEY CASTILLO**

I, Kascey Castillo, an adult resident of the state of Texas, hereby state under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1. I am Houston, Texas resident and worked remotely for Activus Connect LLC ("Activus") as a call center agent from approximately December 2022 to April 2023.

2. Activus is a customer experience outsourcing company that utilizes call center agents across the United States to provide various customer service experiences to its customers.

3. To facilitate its business operations, Activus employs hundreds of hourly, non-exempt customer service agents under various job titles, such as Activus Connect Ambassadors, Customer Service Ambassadors, Trust and Safety Moderators, Call Center Ambassadors, or similar positions (hereinafter collectively referred to as "Agents"), who work for Defendant remotely from their homes across the country providing customer, claims, and other support to Defendant's customers throughout the United States.

4. As an hourly Agent, I was compensated with an hourly wage, most recently at the rate of $16 per hour. I typically worked (four) 4 to (five) 5 days per week and regularly more than forty (40) hours in a week.

### Job Duties and Responsibilities

5. Activus controlled my work schedule, duties, protocols, applications, assignments and employment conditions. Activus was also responsible for my training and continuing education in my role as an Agent. For example, Activus provided all Agents, including myself, with training on how to carry out our day-to-day job duties, how to open and use their computer networks and software programs/applications, how to track our time, the importance of attendance and schedule expectations, and Activus' policies related to each topic.

6. As an Agent for Activus, my job duties included, but were not limited to, (a) booting up my computer and logging into essential computer software programs and applications before taking customer queries; (b) providing customer service to Activus' clients' customers; (c) ensuring that every live call/complaint is accounted for and responded to in a timely fashion; (d) conducting research utilizing available resources; and (e) documenting pertinent information. These job duties, as well as others for which I was responsible, were substantially the same irrespective of the project to which the Agents, including myself, were assigned (for example, retention, telemarketing, etc.).

### Unpaid Pre-Shift Work

7. Activus's Agents, including myself, were additionally trained and required to follow a specific protocol to start up and log into the company's computer network and numerous software programs, such as Google Chrome, Slack, Launcher, VM Ware,

Vizzon, CRM, and STC, and other among others, including project-specific programs, in order to access the necessary information to perform our work.

8. The pre-shift boot-up and login process generally consisted of the following steps:

    a. I turned on or woke up my computer;

    b. I next navigated to the start up screen;

    c. I then opened a variety of programs and applications before I was able to "clock in," such as Google Chrome, Slack, Launcher, VM Ware, Vizzon, CRM, and STC, among others;

    d. I then reviewed my emails and calendar;

    e. I next opened the time clock application (Paychex);

    f. Finally, I "clocked in" using the Paychex application.

9. Activus used a web-based timekeeping system to record and track my hours worked. I began getting paid at the start of my scheduled shift, but only after I had completed most, or all, of the boot-up and login process.

10. In order to comply with Activus's schedule adherence requirements, I did not "clock in" for my shifts until the start of my scheduled shifts, which resulted in me working off-the-clock for at least ten (10) to fifteen (15) minutes (or more) before each shift, for which I was never compensated.

11. Activus's Agents, including myself, were routinely evaluated, and at times disciplined, based on call handling, script adherence, key performance metrics ("KPIs"), and schedule adherence metrics that tracked the amount of time we spent clocked in but were unavailable to take calls.

12. If Agents arrived immediately prior to our scheduled shifts, we were in danger of clocking in late if we could not complete the required pre-shift work necessary to be "phone ready" when our scheduled shifts began, and we therefore received poor schedule adherence or KPI scores.

13. Because I often worked scheduled shifts of at least forty (40) hours per week, the above described and required pre-shift work was most often overtime work.

14. Activus has knowledge that its Agents, including myself, began the pre-shift boot-up and login process off-the-clock in order to make sure we were "phone ready" and clocked in on time. This is because Activus trains and required Agents, like myself, to have the above described computer and software programs, applications, and scripts open before we fielded our first customer query and prohibited us from clocking in until after they were open and at the start of our scheduled shifts.

15. Activus's supervisors discouraged the Agents, including myself, from recording this pre-shift time by denying our compensation requests for it.

16. On average, I estimate that I worked anywhere between ten (10) to fifteen (15) minutes of required pre-shift work per day, amounting to around an hour or more of uncompensated time per week.

17. Activus used its company policies and practices against its Agents, including myself, to pressure us into working off-the-clock and then failed to pay us for all the time we worked.

18. To the extent that Activus may have written policies that required its employees to be paid overtime, to prevent off-the-clock work, or required its employees to refrain from working off-the-clock, Activus did not follow its own policies. This led to

Agents, such as myself, not being paid for off-the-clock work we performed as described above.

### Other Agents Were Subject to Similar Work Conditions

19. During my employment with Activus, I became aware that Activus employs hundreds of similar Agents across the country. I met and came to know many other Activus Agents.

20. I have had multiple conversations with other Agents about Activus's compensation policies, including those described above, and its failure to pay Agents for all work performed. From those conversations, I know that all of Activus's Agents are subject to the similar pay practices and policies. Additionally, these conversations lead me to believe that Activus's Agents have a desire to opt-in to this lawsuit.

21. As stated above, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 12/11/2024 *Kascey Castillo*
 Kascey Castillo