# EXHIBIT F

12/7/24, 12:15 PM
Activus Connect: Reimagining the Possibility in the Work From Home Job
Case 6:23-cv-01708-WWB-NWH Document 43-6 Filed 12/13/24 Page 2 of 35 PageID 254

Join Us

# The Best Experience Starts with the Best People

Our brand
Ambassadors are a
diverse, empowered
group of CX
superheroes, equipped
with the latest in
SmartVirtual
technology. This isn't
just another work from
home job. From their



home job. From their home and remote-based offices across the United States and Puerto Rico, our Ambassadors are transforming customers into loyal brand fans through the power of human connection.

# Our Company Values

People are the heart of our core values—passion, integrity, respect, authenticity, and fun. Not only do these values guide our decision-making on a company-wide level, they also drive our company culture and individual actions. Thanks to these beliefs, we're changing lives through authentic, heartfelt experiences.

# The Anti-Call Center

Why work from home? Because not

Case 6:23-cv-01708-WWB-NWH    Document 43-6    Filed 12/13/24    Page 5 of 35 PageID 257

Activus Connect: Reimagining the Possibility to Work From Home | Job

everybody's cut out for the 9-to-5 grind. When you work from your virtual home office you can say goodbye to long commutes, flickering overhead lights, and cramped cubicles. We've built our entire platform around powering home offices, so our Ambassadors can focus on what matters —providing world-class customer experiences.



APPLY NOW

# Not Just Another "Work From Home" Job

Case 6:23-cv-01708-WWB-NWH   Document 43-6   Filed 12/13/24   Page 6 of 35 PageID 258

# From Home" Job

When you join the Activus team, you're not just another agent, rep, or worker. You're an Ambassador for the Activus brand (and every brand you work with). That's why we're looking for experienced, resourceful Ambassadors looking to build careers from the comfort of their home offices.

## The Perks

- Work from home
- Better compensation
- Work-life balance (AKA more you time!)
- No more potholes, traffic, or parking
- No cramped cubicles or nosy coworkers
- Full-time, part-time, and flex shifts
- Paid time off
- Medical and life insurance
- 401K

- Access to earned daily pay
- Paid time to volunteer in your communities

The

Catch
(Because
there's
always
a

catch,

right?)

As an Activus Ambassador, you'll be a fully empowered professional, allowed to think and speak on behalf of the brands you represent. We expect our Ambassadors to be people-centered, forward-thinking, problem-solvers, not just headsets in a warehouse.

      

Activus Connect | Reimagining the Possibility of the Work From Home Job

# The Technical Specs

## Computer ─

- Desktop or laptop (Tablets, Winbooks, Smart devices, Windows Mini PCs, Chromebook and Android systems are NOT compatible)
- Operation system: Windows 10/11 or most recent MacOS
- All peripherals must be wired (wireless keyboard, wireless mouse or wireless headset are NOT

allowed)

- Dual monitors –
  recommended at least
  19 inches.
- Anti-Virus – Full
  versions of Windows
  Defender or Essentials

## Internet ▬

- Internet speed –
  download speed 20 MB;
  upload speed 10 MB
- Internet service
  provider (ISP) must be
  highly stable with no
  packet loss and latency
  under 100ms
- Cable or fiber optics –
  DSL, WiFi, WiMax,
  satellite, dial-up,

and/or hot spots are NOT allowed
- Home router wired to PC

\* During scheduled worked hours we require internet be solely used for work-related purposes.

\* Having reliable internet is the responsibility of each team members, this is a critical requirement and can lead to removal if not met.

## Headset ▬

We require a fully wired, USB headset with a built-in microphone and noise cancellation.
Recommended Plantronics –

Corded Headset:

- C300 (C310 and C320)
- C420 and C435
- C600 (C610 and C620)
- C700 (C710 and C720)

## Additional Ques… ▬

- **Is Activus Connect like the other call centers I have worked for?**
  - A: Nope!  At Activus Connect we take our brand commitment super seriously, we treat our team members like adults, we hold them accountable to adult standards and we provide



access to living wages.

- A: At Activus Connect we are about action, accountability and amazing experiences. Our team members can work anywhere but they choose Activus Connect because of our values: **Passion, Integrity, Respect, Authenticity and Fun** – this is what we live and breathe, and we don't compromise, ever!

- **Is this a contractor or employee-based role?**
  - A: This is an employee-based

employee-based
role.

- **Is training paid?**
  - A: Yes, all training
    is fully paid.

- **Are benefits provided?**
  - A: Yes, full time
    positions will be
    eligible for benefits

- **What benefits do I
  have access to?**
  - PTO: paid time off
  - Medical
  - 401k
  - Access to daily
    compensation

- **Can I work whenever I
  am available?**
  - A: No, you will be
    required to provide
    specific availability
    and you will be
    scheduled within
    said availability

- **Frequency of pay?**
  - A: Biweekly

Case 6:23-cv-01708-WWB-NWH Document 43-6 Filed 12/13/24 Page 15 of 35 PageID 267

- **Is it mandatory that I have a webcam, and will I really need to use it for regular management interactions?**
  - A: Yes.  We use video-based interactions frequently and in order to work for Activus Connect you will need to feel comfortable with live video.
- **Will I be compensated in the event my internet or electric service is interrupted?**
  - A: No.  Your internet and electric service is your form of transportation to work and reliable

transportation is absolutely critical.

- **Are there both full time and part time positions available?**
  - A: Maybe. Each line of business has its unique requirements and FT/PT will be determined based on business needs.



follow us

# 1.407.803.4042

7512 Dr. Phillips Blvd, Suite 50-158

Orlando, Florida 32819

Copyright © 2020. Activus Connect. All rights reserved. Designed By Savy Agency     Privacy Policy



# Customer Service Ambassador 2024 (Virtual/Remote)

At Activus Connect we strive to give every customer the best experience, and our Ambassadors are the face of our company. It all starts with you. You are the foundation upon which our success is built. We ask for the very best - and we give the same back to our employees.

# What you will do

• Responding to calls from customers who have questions.

• Assisting with website or application related issues.

• Answering questions regarding products or services the customer may have.

• Documenting customer interactions in the client system thoroughly, using proper spelling, grammar, and punctuation.

• Transferring data from documents into the client's system.

• Making outbound calls to collect customer information missing from applications as needed.

• Additional duties as needed, to be discussed during your interview.

# To qualify

- You must have a high school diploma or equivalent.
- At least 1 year of call center experience
- We will pay you to complete online training, but you must commit to attending – 100%, no missed time
- Be able to complete and pass a background check

## TECHNICAL REQUIREMENTS

- Desktop or laptop (Tablets, Winbooks, Smart devices, Windows Mini PCs, Chromebook and Android systems are NOT compatible)
- Operation system: Windows 10/11 or Mac OS Monterey or Newer
- Processor speed: Dual Core 2 GHz or better (Recommended i5+ or Ryzen equivalent processor)
- RAM:  8GB or better

- All peripherals must be wired (wireless keyboard, wireless mouse or wireless headset are NOT allowed)
- Must have reliable high-speed internet
- 20MB download  minimum
- 10MB upload  minimum
- DSL, Cable, Fiber ONLY - (no Wi-Fi or satellite-based service, no wireless carriers like T-Mobile or Verizon)
- For this position, a wired USB headset with built-in microphone and noise cancellation is required.
- We do require that you have an active, functioning webcam.
- A second monitor/screen is required.

To complete your application you will need to take a screenshot (saved as PNG or JPEG) of the following two items so that you can upload them in your application:

1: Please complete a computer speed test using this link
(This MUST be taken from a hard-wired computer
system that you will use for your employment at Activus
Connect - do not take from your cell phone!): Activus
Connect Speedtest (save the URL/link - you'll need that
for the application). Please ONLY submit screenshots
and result URL's from the speedtest link provided, other
speedtest results may not be accepted.

2: Please locate your computer specifications and take a
screenshot.  If you need assistance, there are numerous
videos and "how-to" documents online.  Simply search
for how to find computer specs for the version of
Windows/MAC you are running. We need to see your OS
version, RAM, Processor type and speed.

# The Details

• The pay rate is $15.25 per hour, this is a W2 position.

• This is a Full-Time position, part time hours are not available

• Training is paid at $15.25 an hour as well

• Benefit eligible after 60 days (Medical, Vision, Dental and 401k)

• This is a fully remote position, 100% work from home

• Schedules are Monday-Sunday, weekends may be required.

Department: Customer Experience

This is a full time position

Visit [Careers](#) at Activus Connect

[Subscribe](#) to be notified of new jobs

Share this job

---

## Personal Information

&ast; First name

&ast; Last name

&ast; Email

&ast; Address

&ast; City

&ast; State

&ast; Zip code

&ast; Country

&ast; Phone number

# Attachments

* Attach your Resume    Attach    Dropbox    Paste

Attach a Cover letter    Attach    Dropbox

* Internet Speed Test Screenshot    Attach    Dropbox
taken from your computer-
Speedtest link:
https://www.speedtest.net/

* Screenshot of your computer    Attach    Dropbox
specifications from your
system/about section of your
computer

Enter a Message



## Other Information

* Can you show proof of your legal right to work in the United States?    ○ Yes    ○ No

* Are you at least 18 years of age?    ○ Yes    ○ No

\* Activus Connect does not hire        ○ Yes   ○ No
in the following states: AK, CA,
CT, DC, DE, HI, IA, ID, MT, ND,
NH, NJ, NM, NY, OR, UT, WA, SD,
VT. Do you live in one of these
states?

\* Can you provide proof that you      ○ Yes   ○ No
have completed a high school or
GED program?

\* By checking this box, you           ☐ I agree
agree to receive mobile
messages from us in relation to
this job application. Message
frequency varies. Message and
data rates may apply. Reply
STOP to opt-out of future

messaging. Reply HELP for help.

View our Privacy & SMS Policy:

https://theapplicantmanager.com/careers?

co=av

* Can you attend virtual/online paid training?

* Are you able to work at least 1 weekend day?

* Please include the URL for your Internet Speed Test (Note: take this from your HARD WIRED home office location):

* You are unable to take any time off during your first 60 days of employment, we are unable to make any exceptions to this

policy, can you commit to no
time off for your first 60 days?

* Please list any languages you
speak besides English.

* Do you currently have 2
monitors?

* If you currently work for
Activus Connect, please enter
the name of your project,
otherwise you can enter N/A

* Have you ever worked for
Activus Connect before?

**Continue**

[Privacy Policy](Privacy Policy)

12/7/24, 12:19 PM

Case 6:23-cv-01708-WWB-NWH Activus Document 43-6 Customer Service Filed Ambassador 12/13/24 (Virtual Page from 30 of 35 PageID 282

Jobs page provided by the applicantmanager



# Activus Connect - Open Positions

**We're glad you are here!  Thank you for taking a moment out of your day to learn more about Activus Connect.  We are always looking for great talent to join our team.  We can't wait to meet you!**

**Elevating Your Experience**

Activus Connect is a global leader in Customer Care, and outsourced solutions and our success is a result of the amazing Customer Experience Ambassadors that form part of our team. Our Ambassadors work from the comfort of their remote-based offices, across the US including Puerto Rico.

At Activus Connect, our team works full-time, part-time, and flex shifts. We provide access to a full suite of benefits including

paid time off, medical and life insurance, 401k, access to earned daily pay, and many other perks.

We are all about amazing experiences that start with having a world-class entourage of people (**hint: that's possibly you!**)

We truly understand that the best customer experiences begin by having the best, brightest, and most experienced Ambassadors,

and this caliber of expert expects more and delivers more.


## Beyond Passionate, A Purpose Driven Company Creating Opportunities & Serving Our Communities

We are in relentless pursuit of creating environments that foster heartfelt experiences, treating people with respect and

compassion, and doing right above all else, without exception. A people company is driven to consistently enable the best

outcomes, using the best tools with the people we serve.

At Activus Connect, we are committed to serving the communities we work in, supporting local causes, and contributing to

national and international non-profit organizations. To that end, we pledge the first 10% of profits to these causes!

We cannot hire outside of the US, Canada, or Puerto Rico.

---

**To complete your application you will need to take a screenshot (saved as PNG or JPEG) of the following two items so that you can upload them in your application:**

1)  Please complete a computer speed test using this link **(This MUST be taken from a hard-wired computer system that you will use for your employment at Activus Connect - do not take from your cell phone!):** <u>Activus Connect Speedtest</u>

**(save the URL/link - you'll need that for the application)**

2)  Please locate your computer specifications and take a screenshot.  If you need assistance, there are numerous videos and "how-to" documents online.  Simply search for how to find computer specs for the version of Windows/Mac you are running.

---

# Other Information you might want to know -  SMS Terms

SMS terms: Activus Connect LLC, also known as Activus Connect offers you the option to engage in SMS text conversations about your job application. By participating, you also understand that message frequency may vary depending on the status of your job application, and that message and data rates may  apply.  Please consult your carrier for further information on applicable rates and fees. Carriers are not liable for delayed or undelivered messages. Reply STOP to cancel and HELP for help.

By opting-in to receiving SMS text messages about your job application, you acknowledge and agree that your consent data, mobile number, and personal information will be collected and stored solely for the purpose of providing you with updates and information related to your job application. No mobile information will be shared with third parties/affiliates for marketing/promotional purposes. All the above categories exclude text messaging originator opt-in data and consent; this information will not be shared with any third parties.

---

## Open Positions

Search Jobs

| Job Title | Location | Type |
|---|---|---|
| [Customer Service Ambassador 2024](#) | Virtual/Remote | Full time |

If you already have an application in progress you can retrieve and edit it by clicking <u>here</u>

<u>Subscribe</u> to be notified of new jobs when they open

Check the <u>status</u> of any position(s) you applied for

Careers page provided by **the applicantmanager**